## Louisa Snapp et al v. James H. Johnson.

**Personal Judgment—Infants—Guardian Ad Litem—Non-residents.**

A personal judgment against infants, without the appointment of a guardian ad litem, is void, and so against non-residents. It is also necessary to allege that an estate had descended or been devised to the infants.

APPEAL FROM BULLITT CIRCUIT COURT.

January 20, 1869.

Opinion of the Court by Judge Peters:

A personal judgment was rendered against infant heirs without the appointment of a guardian *ad litem*, and also against non-resident defendants, and this, too, without any allegations that an estate had descended to them, or that any had been devised to them by their ancestor. Which must be fatal to the judgment. It is a joint judgment, and being erroneous it cannot be sustained as to any of the parties thereto.

Wherefore, the judgment is reversed, and the cause is remanded with directions for further proceedings not inconsistent with this opinion.

*R. H. Field, for appellants.*

*A. H. Field, for appellee.*